DANE E. CLAYTON, Appellant, v NEW YORK CITY TAXI & LIMOU-SINE COMMISSION et al., Respondents.

Submitted October 6, 2014; decided October 28, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 902 (2014)].

In the Matter of RAGHUBIR K. GUPTA, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted September 29, 2014; decided October 28, 2014

Motion for leave to appeal denied. Motion for a stay dismissed as academic.